| | | |
|---|---|---|
| NOVA SERVICES INC.,<br>A Maryland Corporation<br>2500 Grays Road<br>Dundalk, Maryland 21222<br><br>Plaintiff, | *<br>*<br>*<br>*<br>* | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE COUNTY |
| v. | * | |
| RECLEIM NOVA, LLC,<br>A Delaware Limited Liability Company<br>34 Old Ivy Road, Suite 200<br>Atlanta, Georgia 30342 | *<br>*<br>* | Case Number: _C-03-CV-20-2957_ |
| Serve on Resident Agent:<br>The Corporation Trust Incorporated<br>2405 York Road, Ste. 201<br>Timonium, Maryland 21093<br>And | *<br>*<br>* | ORDER DIRECTING ISSUANCE OF<br>WRIT OF ATTACHMENT<br>BEFORE JUDGMENT |
| RECLEIM, LLC,<br>A Delaware Limited Liability Company<br>34 Old Ivy Road, Suite 200<br>Atlanta, Georgia 30342 | *<br>*<br>* | |
| Serve on Resident Agent:<br>The Corporation Trust Incorporated<br>2405 York Road, Ste. 201<br>Timonium, Maryland 21093 | *<br>* | |
| And | * | |
| BLUE GRANITE LOGISTICS, LLC,<br>A Delaware Limited Liability Company<br>125 Marshall Street<br>Graniteville, South Carolina 29223 | *<br>*<br>* | |
| Serve on Resident Agent:<br>CT Corporation System<br>2 Office Park Court, Suite 103<br>Columbia, South Carolina 29223 | *<br>* | |
| And | * | |

| | |
|---|---|
| LL SEA INVESTMENTS, LLC,<br>A Georgia Limited Liability Company<br>34 Old Ivy Road, Suite 200<br>Atlanta, Georgia 30342<br><br>**Serve on Resident Agent:**<br>Pete Davis<br>34 Old Ivy Road, Suite 200<br>Atlanta, Georgia 30342<br><br>         Defendants. | *<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DIRECTING
## ISSUANCE OF WRIT OF ATTACHMENT BEFORE JUDGMENT

The Plaintiff, Nova Services Inc.'s, Request For Order Directing Issuance Of Writ Of Attachment Before Judgment having been read and considered, together with the supporting Affidavit of Guy T. Naylor, Plaintiff's President, and the Plaintiff's Complaint, it is this ___3rd___ day of August, 2020, by the Circuit Court for Baltimore County, found, determined and ordered as follows:

This Court hereby finds in accordance with Md. Ann. Code, Courts and Judicial Proceedings Article ("CJ") §§3-303(c) and 3-304(b), that good and sufficient cause exists for the issuance of a Writ of Attachment before Judgment against the Defendants, Recleim Nova, LLC, a Delaware limited liability company registered to do business in Maryland, Recleim Nova LLC's parent member, Recleim, LLC, Blue Granite Logistics, LLC, and its manager, LL Sea Investments, LLC, based on this Court's finding that, in violation of the Maryland Uniform Fraudulent Conveyance Act, Md. Ann. Code Commercial Law Article ("CL") §15-201 *et seq.*, the Defendants have actively engaged or participated in the assignment, disposal of, concealment or removal of Recleim Nova, LLC's assets from the State of Maryland with the intent to defraud its creditors, including the Plaintiff, or there is a substantial likelihood that the Defendants will act in concert to do such acts, pending a hearing on the merits of the Plaintiff's action.

Therefore, it is hereby ORDERED and DIRECTED that the Clerk of the Court shall issue a writ of attachment conditioned on the filing of a bond in the amount of $ _100,000_ and directing the Sheriff to levy upon the following personal property belonging to Recleim Nova, LLC, located on a part of the premises at 2500 Grays Road, Dundalk, Maryland 21222:

> CAT 320 Excavator with an approximate value of $15,000.00
> Volvo L120 Loader with an approximate value of $20,000.00
> 1 Horizontal baler with an approximate value of $25,000.00
> 1 Horizontal baler with an approximate value of $10,000.00
> At least 10 Downstroke balers with an approximate value of $2,000.00 each

       1 Shear Shredder with an approximate value of $10,000.00
       2 Styrofoam densifiers with an approximate value of $10,000.00 each.

    The Sheriff shall execute such Writ in accordance with the provisions of Maryland Rule 2-642. The Sheriff is authorized to cause the above-described property to removed from the premises at 2500 Grays Road, Dundalk, Maryland 21222, to a secure facility at Tradepoint Atlantic's logistics center in Sparrows Point, Maryland.

    Subject to a further Order extending the attachment in accordance with the provisions of Md. Rule 2-115(f), the attachment shall dissolve 60 days after the Sheriff makes the levy.

    A copy of this Order, the Writ of Attachment, the Complaint, the Writ of Summons, the Plaintiff's Request and Guy Naylor's supporting Affidavit shall be served on the Defendants in accordance with the Maryland Rules of Procedure.

                                  _____
                                  Judge
                                  Circuit Court for Baltimore County, Maryland

**True Copy Test**
JULIE L. ENSOR, Clerk
Per _____
        Assistant Clerk

**Entered: Clerk, Circuit Court for Baltimore County, MD**
**August 3, 2020**