

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD  21285-6754
Main: 410-887-2601 Fax: 410-887-3062

|  |  |
|---|---|
| Case Number: | C-03-CV-20-002957 |
| Other Reference Numbers: | |

**NOVA SERVICES INC. VS. RECLEIM NOVA, LLC, ET AL.**

Date: 8/18/2020

## WRIT OF ATTACHMENT BEFORE JUDGMENT - EXECUTION

**Judgment Creditor**
NOVA SERVICES INC
A Maryland Corporation
2500 Grays Road
Dundalk, Maryland 21222

**Judgment Creditor Attorney**
Michael P Smith
Stephen J Nolan
Smith, Gildea & Schmidt, LLC
600 Washington Ave, Suite 200
Towson, MD 21204

vs

**Judgment Debtor**

RECLEIM NOVA LLC
A Delaware Limited Liability Company
34 Old Ivy Road, Suite 200
Atlanta, Georgia 30342
Serve on Resident Agent:
The Corporation Trust Incorporated
2405 York Road, Ste. 201
Timonium, Maryland 21093

Amount Claimed:
Interest Amount:
Interest Rate:
Interest Date:
Court Costs:
Comment:

STATE OF MARYLAND, BALTIMORE COUNTY, TO WIT:

TO:  Sheriff of Baltimore County
    You are hereby directed to levy upon the property of the Judgment Debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:

Case 1:20-cv-02773-RDB   Document 1-9   Filed 09/23/20   Page 2 of 3
Nova Services Inc. vs. Recleim Nova, LLC, et al.                Case Number: C-03-CV-20-002957
                                                                Other Reference Number(s):

You are hereby notified that Federal and State exemptions may be available to you, and you have the right to move for the release of property specified in the Sheriff's schedule from the levy.

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

Nova Services Inc. vs. Recleim Nova, LLC, et al.
Case 1:20-cv-02773-RDB   Document 1-9   Filed 09/23/20   Page 3 of 3
Case Number: C-03-CV-20-002957
Other Reference Number(s):

### ****SHERIFF'S RETURN****
(Please Print All Information)

I _____ ID# _____ of the _____
    (Serving Sheriff's Name0)

County Sheriff's Office represent to the Honorable Court that I :

(1) Served, _____
    (Name of Person Served)

on _____ at _____
  (Date of Service)     (Location of Service)

with the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Show Cause Order
- ☐ Counter Complaint
- ☐ Interrogatories
- ☐ Domestic Violence Order
- ☐ Other _____
    (Please specify)

(2) Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
    (Please specify)

Sheriff fee: $ _____      _____
    (Serving Sheriff's Signature & Date)

INSTRUCTIONS TO SHERIFF'S OFFICE:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly.